[No. 5272–5–II.   Division Two.   September 17, 1982.]

LOCAL NO. 1262 OF THE AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, *Appellant,* v. COWLITZ COUNTY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 49039, William L. Dowell, J., entered December 12, 1980. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrie and Worswick, JJ.

[No. 4597–4–II.   Division Two.   September 21, 1982.]

*In the Matter of the Marriage of* MARY K. HENDRICKS, *Appellant, and* FRED W. HENDRICKS, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D–109415, Barbara Durham, J., entered July 25, 1979. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, A.C.J., and Petrie, J.

[No. 5626–7–II.   Division Two.   September 22, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. PHILLIP TODD ADDY, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 81–1–00030–2, Robert J. Bryan, J., entered June 3, 1981. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Petrie, J.